**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 646 MAL 2018
:
           Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
JAIVON MANSFIELD THOMAS, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.